No. 98–2019. JAMES *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. 

No. 98–2020. CARPENTER *v.* FEDERAL NATIONAL MORTGAGE ASSOCIATION. C. A. D. C. Cir. Certiorari denied. 

No. 98–2022. CORLEY *v.* CITY OF LONGVIEW. C. A. 5th Cir. Certiorari denied. 

No. 98–2023. ALABAMA MUNICIPAL INSURANCE CORP. ET AL. *v.* ALABAMA ET AL. Sup. Ct. Ala. Certiorari denied. 

No. 98–2024. FURLOW ET VIR *v.* ALLIED CONVEYOR, INC., ET AL. C. A. 7th Cir. Certiorari denied. 

No. 98–2025. PIKE ET UX. *v.* ARIZONA DEPARTMENT OF TRANSPORTATION ET AL. Ct. App. Ariz. Certiorari denied.

No. 98–2026. LoCASCIO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 98–2027. LAWSON ET AL. *v.* ABRAMS, FORMER ATTORNEY GENERAL OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 98–2028. LEWIS *v.* COWEN ET AL. C. A. 2d Cir. Certiorari denied. 

No. 98–2029. ROTHBURY INVESTMENTS ET AL. *v.* DURA-CORP., INC. Super. Ct. Pa. Certiorari denied. 

No. 98–2030. SAPP ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 98–2031. KAHRE ET AL. *v.* INTERNATIONAL MONETARY FUND ET AL. Sup. Ct. Nev. Certiorari denied.

No. 98–2032. McQUEEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–2033. SCHLOSSER *v.* TOWN OF WOODSIDE ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.